UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUMMIT TECHNOLOGIES, INC. : | |
| : | Civil Action No. 3:09CV00531 (SRU) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| SUBHAS RYON RAGHURAI, : | |
| A.S.A.P. RESOURCE GROUP, INC., : | |
| TAYLORED STAFFING, and : | |
| ALVIN RAGHURAI, : | JUNE 30, 2009 |
| : | |
| Defendants. : | |

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY ON THE MERITS

Defendant A.S.A.P. Resource Group, Inc. ("ASAP") respectfully moves pursuant to Fed. R. Civ. P. 26(c) for a protective order barring plaintiff Summit Technologies, Inc. ("plaintiff" or "Summit") from pursuing merits-related discovery from ASAP until such time as the Court rules on ASAP's pending motion to dismiss. For the reasons stated in the accompanying memorandum of law, ASAP's motion should be granted.

Respectfully submitted,

DEFENDANT
A.S.A.P. RESOURCE GROUP, INC.

By: _____
Lawrence Peikes (ct 07913)
lpeikes@wiggin.com
WIGGIN AND DANA LLP
Its Attorneys
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(203) 363-7676 (fax)

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of June, 2009, a copy of the foregoing Defendant's Motion for Protective Order Staying Discovery on the Merits was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                                      Lawrence Peikes

20803\1\2243196.1