UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUMMIT TECHNOLOGIES, INC., | : | CIVIL ACTION NO.: |
| | : | 3:09 CV 00531 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SUBHAS RYON RAGHURAI, | : | |
| A.S.A.P. RESOURCE GROUP, INC., | : | |
| TAYLORED STAFFING, and | : | |
| ALVIN RAGHURAI, | : | |
| | : | |
| Defendants. | : | DECEMBER 17, 2009 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate and agree to the dismissal, with prejudice, of the above-captioned action. Each party shall bear its or his own costs and fees.

JORDEN BURT LLP

By: /s/ Thomas J. Finn
    Thomas Finn
    Federal Bar No.: ct 20929
    tjf@jordenusa.com
    Paula Cruz Cedillo
    Federal Bar No.: ct 23485
    pcc@jordenusa.com
175 Powder Forest Drive, Suite 301
Simsbury, Connecticut 06089
860-392-5000 (Telephone)
860-392-5058 (Facsimile)

*Attorneys for Plaintiff Summit Technologies, Inc.*

TANNENBAUM HELPERN SYRACUSE
AND HIRSCHTRITT LLP

By: /s/ Paul D. Sarkozi
    Paul D. Sarkozi
    sarkozi@thshlaw.com
    Jaclyn Leader
    leader@thshlaw.com
900 Third Avenue
New York, New York 10022
212-508-6700 (Telephone)
212-371-1084 (Facsimile)

*Attorneys for Defendants Subhas Ryon Raghurai, Taylored Staffing, Inc., and Alvin Raghurai*

WIGGIN AND DANA

By: /s/   Lawrence Peikes
      Lawrence Peikes
      Federal Bar No.: ct 07913
      lpeikes@wiggin.com
    400 Atlantic Street
    P.O. Box 110325
    Stamford, CT  06911-0325
    203-363-7600 (Telephone)
    203-363-7676 (Facsimile)

*Attorneys for Defendant A.S.A.P. Resource Group, Inc.*